**EXHIBIT A**

We use cookies on our website. Cookies are used to improve the functionality and use of our internet site, as well as for analytic and adve cookies, how we use them and how to change your cookie settings find out more here. By continuing to use this site without changing yo cookies.



English          Contact Center          Country/Region Profile

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

| Waybill: 7903687164 | Sunday, February 25, 2018 at 16:13 | 1 Piece |
|---|---|---|
| **Returned to shipper** | **Origin Service Area:** | |
| **Get Proof of Delivery** | WASHINGTON - RONALD REAGAN NATIONAL, DC - POTOMAC - USA | |
| | **Destination Service Area:** | |
| | ABU DHABI - ABU DHABI CITY - UNITED ARAB EMIRATES | |

| Sunday, February 25, 2018 | Location | Time | Piece |
|---|---|---|---|
| 28 Returned to shipper | ABU DHABI - UNITED ARAB EMIRATES | 16:13 | 1 Piece |
| 27 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 09:38 | 1 Piece |
| **Saturday, February 24, 2018** | **Location** | **Time** | **Piece** |
| 26 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 07:00 | 1 Piece |
| **Thursday, February 22, 2018** | **Location** | **Time** | **Piece** |
| 25 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 10:48 | 1 Piece |
| **Wednesday, February 21, 2018** | **Location** | **Time** | **Piece** |
| 24 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 09:58 | 1 Piece |
| **Tuesday, February 20, 2018** | **Location** | **Time** | **Piece** |
| 23 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 10:46 | 1 Piece |
| **Monday, February 19, 2018** | **Location** | **Time** | **Piece** |
| 22 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 10:38 | 1 Piece |
| **Sunday, February 18, 2018** | **Location** | **Time** | **Piece** |
| 21 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 09:16 | 1 Piece |
| **Thursday, February 15, 2018** | **Location** | **Time** | **Piece** |
| 20 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 11:48 | 1 Piece |
| **Wednesday, February 14, 2018** | **Location** | **Time** | **Piece** |
| 19 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 10:59 | 1 Piece |
| **Tuesday, February 13, 2018** | **Location** | **Time** | **Piece** |
| 18 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 09:11 | 1 Piece |
| **Monday, February 12, 2018** | **Location** | **Time** | **Piece** |
| 17 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 18:05 | 1 Piece |
| **Sunday, February 11, 2018** | **Location** | **Time** | **Piece** |
| 16 Address information needed; contact DHL | ABU DHABI - UNITED ARAB EMIRATES | 13:49 | 1 Piece |
| 15 Shipment on hold | ABU DHABI - UNITED ARAB EMIRATES | 07:58 | 1 Piece |

We use cookies on our website. Cookies are used to improve the functionality and use of our internet site, as well as for analytic and adve cookies, how we use them and how to change your cookie settings find out more here. By continuing to use this site without changing yo cookies.

| 13 | Departed Facility in AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 16:03 | 1 Piece |
|----|---|---|---|---|
| 12 | Processed at AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 10:40 | 1 Piece |
| 11 | Arrived at Sort Facility AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 09:20 | 1 Piece |
| 10 | Departed Facility in BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 04:28 | 1 Piece |
| 9 | Processed at BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 04:14 | 1 Piece |
| 8 | Arrived at Sort Facility BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 02:18 | 1 Piece |
| **Thursday, February 08, 2018** | | **Location** | **Time** | **Piece** |
| 7 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05:31 | 1 Piece |
| 6 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 04:17 | 1 Piece |
| **Wednesday, February 07, 2018** | | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 22:25 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 22:24 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:41 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 21:38 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 16:11 | 1 Piece |

If you would prefer to speak to someone personally about the location of your shipment, please   contact  DHL Express Customer Service.

**Terms & Conditions**

**Tracking FAQs**

Deutsche Post DHL Group