# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABLA ABDEL BASET YOUSSEF, ) ) PLAINTIFF, ) ) V. ) ) ) THE EMBASSY OF THE UNITED ) ARAB EMIRATES, ) And ) ) THE UNITED ARAB EMIRATES, ) ) DEFENDANTS. ) | CIVIL ACTION NO: 1:17-cv-02638 |

## **[PROPOSED] ORDER**

And now, this _____ day of _____, 2018, upon consideration of Specially-Appearing Defendants The Embassy of the United Arab Emirates and The United Arab Emirates' Motion To Quash Service of Process and Motion To Vacate an Entry of Default, it is hereby **ORDERED** that each motion is **GRANTED**. .

_____
Judge Ketanji Brown Jackson
UNITED STATES DISTRICT JUDGE

# NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDERS, JUDGMENTS AND STIPULATIONS

In accordance with Local Rule (7)(k), below are names and addresses of persons to be served with the proposed order.

**For Defendants:**

Scott M. Flicker (DC Bar No. 425825)
Igor V. Timofeyev (DC Bar No. 998291)
Kenneth M. Willner (DC Bar No. 415906)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C.  20005
Telephone: (202) 551-1792
Facsimile: (202) 551-1705
scottflicker@paulhastings.com
igortimofeyev@paulhastings.com
kenwillner@paulhastings.com


**For Plaintiffs:**

Sylvia Jiva Rolinski
Rolinski Law Group, LLC
14915 River Road
Potomac, MD 20854
(301) 263-7100
sjr@rolinski.com

Daniel K. Gebhardt
Solomon Law Firm, PLLC
1025 Connecticut Ave., N.W.
Suite 1000
Washington, DC 20036
(866) 83303259
dgebhardt@fedemploylaw.com