IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABLA ABDEL BASET YOUSSEF, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL ACTION NO: 1:17-cv-02638 |
| ) | |
| ) | |
| THE EMBASSY OF THE UNITED ARAB ) | |
| EMIRATES, ) | |
| and ) | |
| ) | |
| THE UNITED ARAB EMIRATES, ) | |
| ) | |
| DEFENDANTS. ) | |

**SPECIALLY-APPEARING DEFENDANTS
THE EMBASSY OF THE UNITED ARAB EMIRATES AND
THE UNITED ARAB EMIRATES' MOTION TO DISMISS PLAINTIFF'S
COMPLAINT AND MOTION TO STRIKE PLAINTIFF'S JURY DEMAND**

Pursuant to Rules 12(b)(1), (2), and (6) of the Federal Rules of Civil Procedure, and pursuant to 28 U.S.C. §1330(a) and (b), Specially-Appearing Defendants the Embassy of the United Arab Emirates ("the Embassy") and the United Arab Emirates (collectively, "the UAE") move to dismiss each and every cause of action alleged in Plaintiff Abla Abdel Baset Youssef's Complaint dated December 8, 2017.[1]  As discussed more fully in the attached memorandum in support, the UAE (and the Embassy) are immune from suit under the Foreign Sovereign Immunities Act ("FSIA").  Additionally, Plaintiff's District of Columbia law-based claim should also be dismissed because at all relevant times her workplace was located in a federal enclave separate and distinct from the territory of the District of Columbia.

---

[1] The UAE is making a special appearance in this case solely to dismiss Plaintiff's Complaint.  In making this special appearance, the UAE does not waive immunity under the Foreign Sovereign Immunity Act of 1976, Pub. L. 94-583, 90 Stat. 2891, and reserves and maintains all rights afforded to it as a sovereign state.

Furthermore, this Court should strike Plaintiff's demand for a jury trial.  Even in instances in which a foreign state is not entitled to sovereign immunity under the FSIA, there is no right to a jury trial under the statute.  The FSIA expressly provides that federal courts only have jurisdiction over *nonjury* civil actions.  *See* 28 U.S.C. § 1330.  Thus, the UAE respectfully requests that this Court strike Plaintiff's Jury Demand from her Complaint.

Dated: September 24, 2018

        Respectfully submitted,

        /s/ Igor V. Timofeyev
        Scott M. Flicker (DC Bar No. 425825)
        Igor V. Timofeyev (DC Bar No. 998291)
        Kenneth M. Willner (DC Bar No. 415906)
        PAUL HASTINGS LLP
        875 15th Street, N.W.
        Washington, D.C. 20005
        Telephone: (202) 551-1792
        Facsimile: (202) 551-1705
        scottflicker@paulhastings.com
        igortimofeyev@paulhastings.com
        kenwillner@paulhastings.com

        *Counsel for the Specially-Appearing Defendants the*
        *United Arab Emirates and*
        *the Embassy of the United Arab Emirates*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sylvia J. Rolinski, Esq.
Rolinski Law Group, LLC
14915 River Road
Potomac, MD 20854
Tel. (301) 987 - 0202
Fax (301) 263-7100
sjr@rolinski.com

Daniel K. Gebhardt , Esq.
Solomon Law Firm, PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Tel. (866) 833-3529
Fax (202) 688-1896
dgebhardt@fedemploylaw.com

/s/ Igor V. Timofeyev
Igor V. Timofeyev