# EXHIBIT A

# U.S. Department of State
Diplomacy in Action

# Foreign Missions at the International Chancery Center

**Embassy of Austria**

**Embassy of Bahrain**

**Embassy of Bangladesh**

**Embassy of Brunei Darussalam**

**Embassy of the Arab Republic of Egypt**

**Embassy of Ethiopia**

**Federal Office Building**

**Embassy of Ghana**

**Embassy of Israel**

**Embassy of Jordan**

**Embassy of Kuwait**

**Embassy of Malaysia**

**Embassy of Nigeria**

**Embassy of Pakistan**

**Embassy of the People's Republic of Singapore**

**Embassy of the Slovak Republic**

**Embassy of the United Arab Emirates**

4000 Connecticut Avenue (former INTELSAT Headquarters Building)

# Embassy of Austria
(Completed in 1992)
Architect: Boeckl-Gates Inc.
Architecturally, the Austrain Chancery is designed to reflect southern Austrian castle construction. The exterior of the building is primarily limestone and granite. The rusticated granite base is punctuated with ornamental iron grilled. All of the windows are bronze-tinted and insulated. The main entrance is located on the gently curving east façade of the building. To the east of the building is a formal circular driveway. A curved entrance canopy covers the main entrance. The grounds of the Chancery are beautifully landscaped, with a mixture of flowering plants and shrubs.

To the north of the Chancery is the Center's North West Park. Many neighbors in the surrounding area use this park frequently to walk their dogs and enjoy the beauty of the garden. <**Back to Top**>

# Embassy of Bahrain

(Completed in 1982)

Architect: The Architects Collaborative Inc.

The Bahrain Chancery is a two-story structure with the front façade facing International Drive. The grade slopes steeply to the south so that the first floor is a full story above the surrounding grade at the rear of the building. The chancery has a white synthetic stucco exterior finish with arched windows and doors, reflecting the local architecture.

In 1991, a one-story addition was built on the first floor entrance on the south side of the building. This was done to add additional space within the building. This addition included arched windows and doors and was finished with white synthetic stucco to match the existing structure.

The Embassy of Bahrain was one of the original chanceries to be built at the Center, along with Israel, Jordan and Kuwait. <**Back to Top**>

# Embassy of Bangladesh

(Completed in 2000)

Architect: Smith Group

Bangladesh is a country situated in a lush green river delta near Southeastern Asia. It is a country rich in diverse cultural tradition set in a landscape accentuated with indigenous colors of green, purple and gold. Its most sacred buildings are constructed of concrete and masonry with articulated patterns reflecting their diverse culture. It is the form of the river delta that inspired the planning of this building at its most public level. Upon arrival to the site, visitors are met by a large freestanding wall of masonry and limestone, articulated in traditional pattern motifs. The entrance at the center of the wall crosses over a reflecting pond, which metaphorically starts the journey of the delta into the building. The flooring, composed of bluestones, carries the metaphor by passing through the main lobby and progressively getting wider as it descends down a grand stairway. At the base of the stairway, the bluestone flooring spreads across into the grand lobby and great hall, where it completes its form as a metaphorical bay. The delta plan is further reinforces by flanking office floor plates that surround the perimeter. The simplicity of the plan allows for efficient use of a rather steep building site while providing generous views of the gardens and a National Park to the southwest.

The chancery roof sits on top of a mechanical penthouse that utilizes decorative grilles along the perimeter for relief and fresh air intake. A large water trough is incorporated across the center line of the roof to tie the rear of the building with the front, channeling rain water to the entrance reflecting pond, helping to complete the water cycle of the river delta.

An inverted gabled roof composed of concrete and metal metaphorically responds to the national symbol of Bangladesh: the water lily.

The terrace at the first floor level is anchored to the ground by a decorative retaining wall of concrete and masonry and overlooks a beautiful landscape of tall trees and flowering plants. <**Back to Top**>

# Embassy of Brunei Darussalam

(Completed in 1999)

Architect: RTKL

The most distinct and memorable sight for visitors to Brunei Darussalam is the Kampong Ayer or Water Village. In existence for centuries, this village of houses built on stilts over the water has endured. Although no one structure in the village is historical, the reconstruction has been constant and although modernized, the power of this legacy remains.

The Embassy of Brunei Darussalam is constructed primarily of steel, glass, and metal panels. The intention was to detail the structural steel frame in a manner that is a modern interpretation of its Asian heritage and as the primary organizational element of the building. Various glazing types are used and combined with the steel to reflect the skeletal reflection, transparency and translucence emphasize the relationship of objects and planar elements in the Embassy. The use of screens derived from the shutters used in the Malay House or "veil" is used outside the building as protective screens and inside as space-defining elements. The interior structural grid is emphasized as the major determinant of form. The steel elements are clad with craftsmanship-like quality to a certain height to increase the delicacy of their appearance and refinement, with exposed traditional steel elements limited to high level roof-framing members.

The building's form is inspired by the "Malay House" and the expansive Kampung Ayer in Bandar Seri Begawan, Brunei's capitol city. The simple gable roofed buildings hovering over the water are invoked as the main architectural concept. The ideas that are exemplified by the "Water Village" are translated in an abstract way in the Embassy of Brunei Darussalam. The building's form, articulation, and detail evoke the skeletal, "light" nature of Asian architecture. The large glass conference room seen as a "building on stilts" becomes a precious object displayed as a symbol of the purpose of the embassy: to promote communication. <**Back to Top**>

# Embassy of the Arab Republic of Egypt

(Completed in 1993)

Architect: Daniel, Mann, Johnson, & Mendenhall

The 30,037 square-foot building is located on a 37,184 square-foot lot. The building site is basically flat, sloping sharply to the east and northeast. The rectangular, three-story building is approximately 40 feet high. The Chancery façade is a light gray granite with a textured finish. Vertical bands of bronze glazing surround the building. An outdoor landscaped terrace used for entertaining is located along the east side of the building, overlooking UDC's soccer/football field.

The main entrance into the building is on the west side, facing International Court. A 25-foot high granite pylon provides a signature feature at the entrance to the building. The secondary entrance is located on the southeast side of the building. Vehicular access is through the main gate from International Court. The Chancery also has a black perimeter fence with vertical elements around the entire building. <**Back to Top**>

# Embassy of Ethiopia

(Completed in 2000)

Architect: RTKL

The wall of representation serves as the principal means of depicting Ethiopia's rich diversity and history. Symbolic of the solid stone constructive vernacular to Ethiopia, the massive stone-clad wall bisects the site perpendicular to International Drive. It anchors the Embassy to the site as well as organizes the procession through the building and is constructed of original ambo stone shipped from Ethiopia. Wall reliefs are carved into the stone depicting many facets of the nation's history and culture, and are treated as a historic time line creating a descriptive path through the building. An Ethiopian artist, Skunder Beghossian, developed the art program for the wall. The Embassy chose 17 historical topics, which are depicted on the wall.

To the west of the wall of representation is a three-story glass and steel cylinder based on an abstraction of the typical Ethiopian round house. It is both symbolically and functionally attached to the wall. A curtain wall of Ethiopian modern technology abstracts a traditional Ethiopian screen and surrounds a portion of the cylinder.

Visitors to the Ethiopian Embassy approach the entry along the wall of representation that begins at International Drive and continues through the building, extending into the landscape at the rear of the building where the visitor views the dramatic wooded landscaped site beyond. <**Back to Top**>

# Federal Office Building

(Completed in 1990)

Architect: Leo A. Daly

The Federal Office Building, also known as the "Town Hall," is the centerpiece of the International Center. It houses the security and administrative services required for the diplomatic missions that occupy the Center, as well as those located elsewhere in Washington D.C.

Elements of the Department of State's Office of Foreign Missions and the Bureau of Diplomatic Security are housed in the building. There is also an on-site building manager. This building also serves as headquarters for the Foreign Missions branch of the Uniformed Division of the Secret Service.

The architectural design of the building was patterned after the traditional styling of the late 19th and early 20th century buildings that serve today as chanceries of foreign embassies in the Nation's Capitol. The exterior walls are pre-cast concrete in earth tones, with green-clad aluminum window fenestration. The roof is covered with mission barrel clay tiles. The lobby walls and floor are covered with domestically quarried marble. The building contains three levels above grade and four parking levels below.

# Embassy of Ghana

(Completed in 1989)

Architect: Brown & Wright Architects

The architects, Brown & Wright, state that the concept for design of the Ghanaian Chancery is the layout of the traditional palace of a Paramount Chief of Ghana. The first floor courtyard has a porch for the talking drums to the right and a porch for the pedestal of "libations" to the left. The courtyard has been dropped three steps to provide additional scale and seating.

Around the courtyard is a reception area, waiting lounge, the Consular offices, a reading room and an auditorium. Offices are located on the three floors above. There is a skylight overhead. The external treatment accentuates columns, voids, and solids, with internal spaces enclosed by a large and very functional court. The front walls of the chancery are flanked with handsome bronze Asante symbols. <**Back to Top**>

# Embassy of Israel

(Completed in 1980)

Architect: Cohen and Haft, Holtz Kerxton & Associates

The Israeli Embassy was completed in December 1980, making it the first chancery to be occupied at the Center. The chancery is a beige brick structure. Designed like carefully stacked building blocks punctuated by graceful Mediterranean arches. The Chancery is intended to give the feeling of Jerusalem and Middle Eastern architecture. <**Back to Top**>

# Embassy of Jordan

(Completed in 1984)

Architect: Leo A. Daly

The Chancery of Jordan is organized into a series of modular towers adjusted in height to accommodate the steep slope of the site. The intimate scale of the chancery reflects the design style and character of the native architecture of Jordan. The entrance court area is paved with brick and mosaic stone.

The building is a masonry structure with two arched windows consisting of strips of glass articulating the modular views. The building accommodates two main functions, the Chancery and the Defense Attaché. These two areas are completely divided with each having separate environmental support systems. <**Back to Top**>

# Embassy of Kuwait

(Completed in 1982)

Architect: Skidmore, Owings, & Merrill

The Kuwait Chancery annex is a square three-story building surmounting a larger two-level service base. The building is set into a steeply sloping half-acre lot. Steel trusses cantilever from two structural steel cores anchored at opposing corners. Suspended clear frameless glazing was used to enclose the entrance level. The second and third levels are glazed with insulating green-tinted frameless glass and spandrel panels with interior aluminum millions. The building exterior is clad with stainless steel panels. Gray granite covers terrace and sub-grade walls and the interior and exterior entrance level pavement.

In strong contrast to the smooth, high polish of the Chancery exterior, the interior is a colorful, high decorative, vibrant place. The rotated square concept common to Islamic design is used to generate both building form and interior decorative motifs. A faceted skylight above the main reception hall refracts light, a prismatic effect across brightly painted walls. Enhancing the filtration of light, open wooded screens partition the ground floor space. Colorful marble intricately inlaid in a geometric pattern contrast with gray granite paving. A rotated square fountain is the central decorative element of this space. Visitors and employees enjoy wide views of the surrounding area through expansive glass walls. <**Back to Top**>

---

# Embassy of Malaysia

(Completed in 2002)

Architect: Leo A. Daly

The Malaysia Chancery building form is reminiscent of the early 20th century government buildings, which are predominant in major towns in Malaysia. The architectural style was known then as "Anglo-straits Eclectic," a style which successfully juxtaposes the beauty of indigenous and imported Western elements. The intrinsic beauty of these buildings has endured the test of time and of late has been regarded as a Malaysian architectural heritage.

The similar representation is invoked as the centerpiece of the architectural concept driving the exterior massing as the interior design theme for the new chancery building. The design has been infused with the symbolism and aesthetics of traditional Malay building principles and form not imitated passively, but drawn from tradition and transformed into a new expressive youthfulness intertwines with Western ornamentation, contemporary design and technology.

The design consists of two interconnected buildings. The grandiose, multi-pillared main entrance and roof capped multilevel reception hall is a manifestation of Anjung and Serambi design in traditional Malay palaces, which becomes a distinct structure that warmly greets and welcomes guests in traditional fashion. This symbolic traditional icon then links the administrative center that houses the majority of the offices, the grand hall, and the support areas.

The building is constructed with pre-cast concrete panels in two finished that sits on a rough granite base. The same material, in a polished finish, is seen as a 12" band wrapping around the entire structure.

Visitors to the new Chancery building will enter the site on a perpendicular axis to the main reception hall via a gabled roof portico. This initial space derives from the "Anjung" or covered porch of the Malay Houses. It serves as the greeting point and the pivotal area where the country's image and cultural heritage come together to create a link between the past and the dynamic future. After being greeted and identified, the visitor enters the reception hall overlooking both interior and exterior spaces from an expansive multi-story balcony area. Directly in front, the glazed outer building façade brings into focus the landscaped gardens and water features. Access to the garden room below is via an ornamental staircase. The less formal space was inspired by the Serambi Gantung or "visitors' room" of the Malay House.

At the reception and greeting hall, the visitors may be drawn in two directions. To the left, via a column flaked access, one is directed into the pre-function are of the grand hall. This hall, which will serve as the main representational area, may be converted onto a versatile multipurpose facility for conferencing, dining, or cultural events. To the right, the visitors may be directed to the public conference room or the library. From here, one can also reach the elevators to the upper office floors.

Equatorial rain forests cover most of the northern territory in Malaysia, with mountainous areas and swampy coastal plain along the South China Sea. A lush multi-level tropical garden grows out of the geometry of the building to the west and south in order to enhance the appearance of the gently sloping site. This element creates an association with the indigenous landscape architecture

of the country.

It is important to note that the site offers two front elevations. One faces the access road on International Court, the other faces a prominent residential city street. The tile patters from the Garden Room and Grand Hall extend out into the garden, creating an interwoven composition of linear and curved elements.

Layering and stepping are also used as a series of designs creating a sequence from the front to the rear of the site. The forms flow in a series of informal arrangements starting from the terrace in front of the Grand Hall. They proceed into the pool and waterfall, to the stairs and courtyard at the garden room level. From this point, they proceed upwards towards a focal point that is dominated by an existing large blue spruce tree.

The judicious use of water in the garden is relegated primarily to a pool that will enhance reflective light into the multi-story open space of the building.

In addition to the formal gardens, the plan provides for functional landscaping, aiming to articulate the exterior spaces and side yard, organize the ground, and provide for a buffering and screening. <**Back to Top**>

# Embassy of Nigeria

(Completed in 2001)

Architect: Shalom Baranes Associates

The design of the Nigerian Chancery reflects two indigenous residential building types in West African architecture: the linear house and the communal Impluvium structure. The linear houses are multi-layered, progressing from light wooden screens to the heavy masonry walls with deep exterior punched as one moves from the public to the more private portions of the house. The Impluvium structures are concentric in plan and consist of individual structures arranged around a central courtyard space. The roof covering of the Impluvium is constructed prior to and independently of the subsequent structures, which are then constructed underneath it. The large columns which support the roof rise up through the enclosed courtyard space and light enters the courtyard through a central opening in the roof. These distinctively regional building designs have been in use for centuries and serve as a morphological reference for the design of the Nigerian Chancery.

The Nigerian Chancery is a layered composition organized around a central atrium. The atrium space is defined by two stone volumes, one curvilinear and the other angular. These volumes are connected on their west side by a light architectural screen, composed primarily of wood which stretches between them. The detailing of the stone volumes, with their deep opening of varying sizes and of the screen which is a combination of both wood and metal is a contemporary expression of the regional building types. Decorative wooden grilles within the screen protect the office space from harsh western sun, providing an analogous function to the "dindere" of the linear house. Steel columns with wood cladding rise through the atrium to support the roof structure which contains a glass skylight and will illuminate the space in a way which recalls the central courtyard of the Impluvium structure. The site for the Nigerian Chancery is prominent and the approach to it allows one to experience the entire massing of the building prior to entering. The massing takes advantage of this location by presenting a series of sculptural corners on approach. The main entry is on the west side of the site and occurs at the dynamic juncture between the angular stone element and the wooden screen. The entry is further announced by a projecting canopy, which links the screen and stone elements and provides access to a light-filled atrium, which serves as an exhibition hall, reception hall, and ballroom. The chancery contains a total of three floors. The exterior material for the stone elements is limestone and is a combination of wood and metal on a stone base which links the elements together. The landscaping design reinforces the building's prominent siting and architectural design. Decorative landscaping also screens the visitor parking area from the approach drive. The south terrace contains decorative trees and incorporates native specimens. An exterior foundation is visible from the exhibition hall and serves as a focal point for the terrace. <**Back to Top**>

# Embassy of Pakistan

(Completed in 2003)

Architect: Daniel, Mann, Johnson, & Mendenhall

The Chancery façade creates the initial and ultimately the lasting impression of the Pakistan Embassy for employees and visitors. Traditional Pakistani architecture was constructed of a load bearing masonry frames with masonry infill panels, creating a panelized façade. The brick is covered in plaster and some of the panels were further adorned with hand-painted ceramic tiles. The new Chancery invokes a similar character, utilizing modern construction techniques. Pre-cast concrete panels are molded in a way to reflect, both in scale and form, the panelized facades of Pakistan's history. The brick masonry used as a backdrop for the pre-cast panels, has a dusty red tone. Brick paving is utilized in the courtyards and the four-story office component of the Chancery masonry-clad with projecting panels of pre-cast concrete, with an infill of glass and ceramic steel panels. The two-story presentation and reception wing is constructed of pre-cast concrete and glass.

In lieu of decorative ceramic tile, which is problematic in our freeze-thaw climate, ceramic steel panels with digitally produced patterns inspired by antique Pakistani tiles are proposed to adorn the façade.

Fenestration on the building is proposed in two types. Throughout the major works of architecture in Pakistan, the use of filtered light through stone screens plays an important role in the quality of the interior spaces. Unfortunately, fabricating 1"-thick marble screening is difficult in today's construction economy. In order to develop a similar light quality, Islamic patterns are silk-screened between two layers of glass as part of the insulated glass and aluminum curtain wall systems. This glazing pattern is utilized at certain areas throughout the Chancery, such as the main conference room, the ceremonial entrance, and the presentation and reception hall. Typically, the office and administration areas are glazed with three panel units composed of two small operable rectangular windows, flanking a larger fixed unit.<**Back to Top**>

# Embassy of the People's Republic of Singapore

(Completed in 1993)

Architect: RTKL

Architecturally, the Singapore Chancery design responds to two primary goals: (1) to reflect Singapore as a garden city and (2) to reflect the growing progressive nature of the country. The building is composed of two intersecting geometries. One, a cruciform, identified by a hip roof, represents Singapore's past. The second, a circle that grows out of the cruciform, represents Singapore's present and future as a growing progressive country. The "L"-shaped building frames a lush landscaped garden at the northeast corner of the site near the intersection of Van Ness Street and International Drive.

The architects chose selectively among Singapore's vernacular architectural traditions. From the so-called "black-and-white houses"—two story bungalows built by the British—they adopted the notion of gently sloping roofs with broad, overhanging eaves, and from the city's older commercial districts, something of the busy rhythm of recessed windows broken up by mullions and wooden louvers. The vernacular elements are woven into the design to give it texture, depth and human scale.

The major materials for the exterior of the building are light, warm gray granite, tinted glass, and a terne-coated metal roof. The standing-seem metal roof is scaled in a way to give the rather large, four-story building a somewhat domestic dignity. Teak sunscreens are strategically placed to enrich the texture and detail of the Chancery, reflecting the tropical qualities of Singapore. The exterior windows were suitably enlarged and freely adapted from the original models, and the results were pleasingly modulated surfaces on all elevations. Careful attention to details of materials and texture made for handsome results all around. Worth mentioning are the slender "Roman-brick" laid in common bond, with accent stripes of dark granite.

The site plan itself is a brilliant, willful union of the cruciform floor plan of many black-and-white houses and a circular garden wall. The combination enabled the architects to take full advantage of the sharply sloping site—one enters the building through the southern, uphill façade and proceeds through a wooden-paneled atrium down to a high-ceiling ceremonial room, and from there, to the splendid garden. In places, the circle is used to shape exterior walls, giving the whole an impressive dynamic presence on its hill.<**Back to Top**>

# Embassy of the Slovak Republic

(Completed in 2001)

Architect: Leo A. Daly

The Slovak chancery building is located on Lot 21, at the International Center. The site faces on the North the North West Park, to the East the University of the District of Columbia, and on the South and West the Chanceries of Egypt and Austria, respectively. The layout of the building was inspired by a typical historical Slovak town. Upon arrival, the traveler would be confronted by a city wall, punctured sparsely by opening and lookouts. The Chancery building, while conceptually composed of a solid main block representing this traditional design feature, has been disjointed and connected instead by a transparent, light and open structural element where this continuous ancient wall used to exist. The remaining wall has been designed with additional openings where the lookouts existed, exposing the wall interior to the outside surroundings.

In order to enter the city, one would gain access via a drawbridge and in through a gate or portal, evoking a sense of security and feeling of being within a domain. The building's canopy over the main access represents this gateway, however it has been placed on the central transparent open structure rather than at the wall. This conveys a sense of openness and inviting feeling to the visitor. Once cleared from the gate area at the entrance, one gains passage through a second gate and is visually drawn to the "town square." This space consists of three defined boundaries and one open end leading to the assembly area for the visitor. After entering the lobby, one is visually directed to the open hall (town square) with the same traditional definition, then into the gathering area and the terrace beyond. The roof over the "town square" is curved and partially glazed at the perimeter to separate it from the solid element of the ancient wall as if suspended over the square.

The form and image of the building design derives from the historical period between the two World Wars when the nation's identity was being established. The collapse of the Austro-Hungarian Empire and the founding of Czecho-Slovakia coincides with the process of self-determination, progress, and modernism. Here lies the legacy of "Functionalism" and the work of the Slovak architect Emil Bellus and his credo, coined appropriately by the American architect Louis Sullivan: "Form follows function." This is the tradition which characterizes democracy.

The building facades are a juxtaposition of elements. For the ancient "city wall," a combination of cast stone and split face concrete block in light gray tones, resembling the appearance of the traditional materials used for construction of the structures, were used. A mixture of glass and metal framing was used for the lighter elements, which in-fill the voids of the wall. As well as the metal roof, which covers the "town square," the color of the framing material resembles rusticated copper (green patina).

The surrounding structure contains unobtrusive landscaping elements and light color paving for the terrace, sidewalks, and drives.

<**Back to Top**>

# Embassy of the United Arab Emirates

(Completed in 2001)

Architect: Angelos Demetriou & Associates

The government of the United Arab Emirates has constructed on of the most elaborate chanceries at the International Center. The 121,497 square foot building is a modern, multi-use facility that expresses a variety of traditional Arab motifs while programmatically supporting the needs of the UAE's diplomatic mission. The building's structure emulates an ornamental structure that serves to protect and organize its prized contents and which reflects the longstanding traditions of Islamic culture and faith. The structure includes a variety of symbolic features that the UAE believes best represents the quality and exuberance of Islamic architecture.

The building consists of two square-shaped, steel-framed interconnected buildings clad in various shades of smooth, etched granite panels. The larger, a four-story main building fronting the entry courtyard, is divided into four separate wings. The offices within the main building enclose a grand, four-story Central Atrium/Hall. The central space is covered by an "arabesque" cglass dome. The dome has both reflective and etched stained glass elements. The three-story building wing fronts on Reno Road adjacent to the Center.

The design includes a series of connected and traditionally landscaped gardens at the rear of the building. The gardens are considered to be an integral part of the building and are accessible from the lower level prayer rooms and service ramps. Upper-level terraces located between the front and the rear of the building contain vegetation at the parapet wall to create the appearance of interwoven building levels and blend the building into the surrounding environment.

The front entrance to the complex is finished in cobblestone and granite, matching the granite panels of the building's facades. Pillars framing the main gateway, a low perimeter security wall at the courtyard entrance, and the columns of the two courtyard pergolas are finished to match the design of the building facades. The security booth located at the entrance courtyard is also finished to match the building façade. <**Back to Top**>

4000 Connecticut Avenue (former INTELSAT Headquarters Building)

The former headquarters building for the International Telecommunications Satellite Organization (INTELSAT) is located on the International Chancery Center campus between Connecticut Avenue and International Drive, adjacent to the Central Park. The one million square foot facility opened in February 1985. The building was rebranded "4000 Connecticut Avenue" in 2012 after INTELSAT sold it to a private entity. This building reflects the international character of the 142-member organization it was originally created to serve. The 900,733-square foot honeycomb structure's design is the result of an international competition held by INTELSAT in 1979. More than 100 architectural firms from 23 nations participated. Architects from Italy, the United Kingdom, and the United States and officials from INTELSAT comprised a panel that selected six leading architects to submit designs. These six architects were brought to Washington to view the site and be briefed on INTELSAT's requirements. After reviewing the resulting designs, the panel was unanimous in selecting the design by the Australian firm of John Andrews International Ptr. Ltd. Since its completion, the building has won six awards, including one for its energy saving features. The building's designer, John Andrews, has said that the building "was designed in a spirit of openness, of optimism, and of faith in cooperation between peoples and groups of people, and the use of modern technology.

The focus of the architect's plan for the building is a layout that breaks it into a 900-733-square foot honeycomb consisting of 14 office "pods" of four and five stores linked by four atriums, each with a geodesic space frame roof. The sense of space introduced by multiple atriums and by the modular quality of inter-locking office pods is the prime element that gives the structure its futuristic look.

The DC Preservation League has filed an application with DC's Historic Preservation Office seeking landmark status for the building. The league views the former INTELSAT headquarters as an important part of DC's architectural history that should be preserved.. <**Back to Top (http://www.state.gov/waterfall/cat.cfm?id=71769&pid=71766&idt=C#Top)**>

## In This Section:

International Chancery Center (http://www.state.gov/ofm/property/icc/index.htm)
The Gardens at the ICC (http://www.state.gov/ofm/property/icc/gardens/index.htm)

The Office of Website Management, Bureau of Public Affairs, manages this site as a portal for information from the U.S. State Department.

External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.

Note: documents in Portable Document Format (PDF) require Adobe Acrobat Reader 5.0 or higher to view, download Adobe Acrobat Reader (http://get.adobe.com/reader/).