# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABLA ABDEL BASET YOUSSEF**  )<br>  )<br>     **Plaintiff,**  )<br>  )<br>     **v.**  )  Civil Action No.17-cv-02638 KBJ<br>  )<br>**THE EMBASSY OF THE UNITED ARAB EMIRATES** )<br>  )<br>    **and**  )<br>  )<br>**THE UNITED ARAB EMIRATES**,  )<br>  )<br>    **Defendants.**  )<br>                                                                           ) | |

## PLAINTIFF'S DISMISSAL NOTICE

COMES NOW Plaintiff, Abla Abdel Baset Youssef, by and through undersigned counsel and dismisses this matter with prejudice.

Dated this 21st day of September, 2021.        Respectfully submitted,

Abla Abdel Baset Youssef


/s/ Sylvia J. Rolinski
SYLVIA J. ROLINSKI, ESQ.
D.C. Bar No.430573
Rolinski Law Group, LLC
14915 River Road
Potomac, MD 20854
Office:  +1-301-987-0202, ext. 1
Fax:  +1-301-263-7100
SJR@Rolinski.com
*Attorney for Plaintiff Abla Abdel Baset Youssef*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September 2021, a copy of **Plaintiff's Notice of Dismissal** was served via electronic mail and/or by U.S. Mail postage prepaid, to:

Scott M. Flicker (DC Bar No. 425825)
Igor V. Timofeyev (DC Bar No. 998291)
Kenneth M. Willner (DC Bar No. 415906)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1792
Facsimile: (202) 551-1705
scottflicker@paulhastings.com
igortimofeyev@paulhastings.com
kenwillner@paulhastings.com

/s/ Sylvia J. Rolinski, Esq.
SYLVIA J. ROLINSKI, ESQ.
D.C. Bar No. 430573
Rolinski Law Group, LLC
14915 River Road
Potomac, MD 20854
Office:  +1-301-987-0202, ext. 1
Fax:  +1-301-263-7100
SJR@Rolinski.com
*Attorney for Plaintiff Abla Abdel Baset Youssef*